08-90M-MPT

# United States District Court
## Violation Notice

| | | |
|---|---|---|
| CVB Location Code | DE-16 | |
| Violation Number | Officer Name (Print) | Officer No |
| R 3220458 | Sgt Dees, Reginald | 02602 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☒ State Code |
|---|---|
| 1 Dec 07 / 1459 | DE Title #16 Sec # 1102 ecl b |

Place of Offense: Bldg #260/Commissary Dover AFB, DE 19902

Offense Description: Endangering the Welfare of a Child

R 3220458

## DEFENDANT INFORMATION | Phone ( 302 )

| Last Name | First Name | MI |
|---|---|---|
| Miller | Gina | A. |

| Street Address |
|---|
| 2224 Turkey Foot Rd. |

| City | State | Zip Code |
|---|---|---|
| Viola | DE | 19979 |

| Drivers License No | D.L. State | Social Security No | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| Unknown | DE | | 82 |

| ☒ Adult ☐ Juvenile | Sex ☐ Male ☒ Female | Hair Blk | Eyes Grn | Height 6'1" | Weight 290 |
|---|---|---|---|---|---|

## VEHICLE DESCRIPTION

| Tag No | State | Year | Make/Model | Color |
|---|---|---|---|---|
| CE 137 | DE | 01 | Nissan Sentra | Black |

| VIN | 3N1CB51D91L445385 |
|---|---|

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT SEE INSTRUCTIONS (on back of yellow copy)

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT SEE INSTRUCTIONS (on back of yellow copy)

| PAY THIS AMOUNT → | $ | Forfeiture Amount |
|---|---|---|
| | + $25 | Processing Fee |
| | $ | Total Collateral Due |

## YOUR COURT DATE

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) | Time (hh:mm) |
|---|---|---|
| US District Court | | |
| 844 King St | | |
| Wilmington, DE 19801 | | |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

---

**REDACTED**

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 1 December, 20 07 while exercising my duties as a law enforcement officer in the Kent County District of Delaware.

Your Honor, at 1500 on 1 Dec 07 I Sgt Benjamin R. Dees, was dispatched to a possible Child Neglect situation in the parking lot of Bldg #260/Commissary on Dover AFB, DE. Prior to arriving on scene I was instructed to be on the lookout for a blue Nissan Sentra, DE Plate # CE137. I located said vehicle with the occupant Mrs Gina Miller and detained her. Mrs Miller was advised of her rights and escorted to the Dover AFB Security Forces according to the Miss Pick After further investigation with a witness Mr Sgt Covenaugh, Christopher I was advised the subject Mrs Miller came to her two children ages 2y/o and 5 days old and left in a picked truck and looked vehicle for approximately five minutes. Mrs Miller was charged under DE code Title #16 sec 1102 with endangering the welfare of a child. Mrs Miller was released on her own recognizance at 1907 on 1 Dec 07.

The foregoing statement is based upon
☒ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on 12-01-2007  [signature]
        Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant

Executed on _____
       Date (mm/dd/yyyy)    U.S. Magistrate Judge

CVB Scan 1/17/2008  08-07-10